# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Durkin, Thomas M. | **2. Court or Organization**<br><br>U.S. District Court - Northern District of Illlinois | **3. Date of Report**<br><br>08/11/2017 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>**to**<br>12/31/2016 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 S. Dearborn
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2016 | John Marshall Law School - teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | rental income from condominium in ⬛⬛⬛⬛⬛ ; negative $14,374 after depreciation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD American Express Centuri | A | Interest | | | Redeemed | 02/16/16 | M | A | |
| 2. CD General Electric Capital Bank - 0.7% | A | Interest | | | Redeemed | 06/14/16 | K | A | |
| 3. CD General Electric Capital Bank - 1.0% | B | Interest | M | T | | | | | |
| 4. IShares Russell 1000 Growth | B | Dividend | M | T | Sold (part) | 1/28/16 | J | B | |
| 5. IShares Russell 1000 Value | A | Dividend | | | Sold | 02/17/16 | K | A | |
| 6. IShares Russell 1000 Value | C | Dividend | M | T | Buy | 11/25/16 | M | | |
| 7. IShares Russell Midcap Growth | B | Dividend | L | T | Sold (part) | 01/28/16 | J | A | |
| 8. IShares Russell Midcap Value | B | Dividend | M | T | Sold (part) | 01/28/16 | J | | |
| 9. IShares Gold Trust | | None | | | Sold | 01/28/16 | K | A | |
| 10. IShares Silver Trust | | None | | | Sold | 01/28/16 | J | A | |
| 11. Chase accounts (various cash accounts) | A | Interest | K | T | | | | | |
| 12. Northern Trust account (cash account) | | None | J | T | | | | | |
| 13. Nikrud LLC | | None | | | Closed | 01/01/16 | J | A | |
| 14. Investco American Franchise Fund | A | Dividend | | | Sold | 03/01/16 | K | A | |
| 15. Merrill Lynch Bank Deposit Program (cash account) | A | Interest | J | T | | | | | |
| 16. Grapevine Texas Muni Bond | A | Interest | | | Sold | 02/16/16 | K | A | |
| 17. Aiken Cnty SC Cons Sch Bond | A | Interest | | | Sold | 03/18/16 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle Garfld CO SD RE 50J Bond (0.5%) | A | Interest | | | Sold | 04/14/16 | K | A | |
| 19. Richland Cnty SC Muni Bond | A | Interest | | | Redeemed | 03/01/16 | K | A | |
| 20. Eagle Garfld Co SD RE50J Bond | A | Interest | | | Sold | 04/14/16 | K | A | |
| 21. CD Key Bank Natl Assn, Cleveland 0.45% | A | Interest | | | Redeemed | 02/19/16 | L | A | |
| 22. CD Sallie Mae Bank/Salt | A | Interest | | | Redeemed | 11/07/16 | M | A | |
| 23. CD Goldman Sachs Bk USA (1.0%) (two CD's) | B | Interest | N | T | | | | | |
| 24. CD Discover Bank, Greenwood (1.45%) | B | Interest | M | T | | | | | |
| 25. Cook Cnty Ill Sch Dist 83 Municipal Bond | A | Interest | | | Sold | 03/18/16 | K | A | |
| 26. ISHARES S&P Small Cap 600 Growth | A | Dividend | L | T | Sold (part) | 01/28/16 | J | A | |
| 27. ISHARES S&P Small Cap 600 Value | A | Dividend | L | T | Sold (part) | 01/28/16 | J | A | |
| 28. Washington St Motor Bond | A | Interest | | | Sold | 03/08/16 | K | A | |
| 29. Colorado St Brd Gov Unv Bond | B | Interest | | | Sold | 02/01/16 | L | A | |
| 30. Oklahoma St Wtr Res Brd Bond | A | Interest | K | T | | | | | |
| 31. Atlanta GA RF AGC Bond | B | Interest | K | T | | | | | |
| 32. Galveston Cnty Tex Pass Bond | A | Interest | K | T | | | | | |
| 33. Franklin Moderate Allocation | A | Dividend | | | Sold | 03/01/16 | J | A | |
| 34. JPM IT COR BD 1 (part of annuity) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NW NVIT MNY MKT 1 (part of annuity) | | None | L | T | | | | | |
| 36. JPM IT Intreped MDCAP I (part of annuity) | | None | J | T | | | | | |
| 37. JPM IT US EQ I (part of annuity) | | None | K | T | | | | | |
| 38. CD Compass Bank, Birmingham, AL (1.4%) | B | Interest | M | T | | | | | |
| 39. CD Ally Bank, Midvale VT (1.25%) | B | Interest | M | T | | | | | |
| 40. CD Goldman Sachs BK USA, New York, NY (1.25%) | B | Interest | M | T | | | | | |
| 41. CD Discover BK, Greenwood, DE (1.2%) | A | Interest | L | T | | | | | |
| 42. Wisdomtree Trust Japan Hedged Equity FD | B | Dividend | K | T | Sold (part) | 12/15/16 | K | B | |
| 43. Iowa Fin Authority Rev Revolving FD | A | Interest | K | T | | | | | |
| 44. Honolulu, Hawaii City & Cnty Ser B RF | A | Interest | | | Sold | 02/01/16 | L | A | |
| 45. CD Ally Bank 1.3% | A | Interest | M | T | Buy | 02/10/16 | M | | |
| 46. CD Key Bank NA 1.35% | A | Interest | L | T | Buy | 02/10/16 | L | | |
| 47. CD Merchantile Commercial 1.3% | A | Interest | L | T | Buy | 06/08/16 | K | | |
| 48. CD Belmont Savings Bank 1.4% | B | Interest | L | T | Buy | 03/09/16 | L | | |
| 49. CD Capital One Bank USA 1.55% | A | Interest | M | T | Buy | 10/31/16 | M | | |
| 50. I Shares Select Dividend EFT | A | Dividend | | | Buy | 02/17/16 | K | | |
| 51. I Shares Select Dividend EFT | A | Dividend | | | Sold | 11/21/16 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Durkin, Thomas M.** | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas M. Durkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544